**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

PH   **08 C 653**

In the Matter of                                           Case Number:

MAHMOUD ALKAHALA
     v.
RUTH DOROCHOFF, et al.

**JUDGE KENNELLY**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAHMOUD ALKAHALA

| | |
|---|---|
| NAME (Type or print) <br> ERIN C. COBB | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Erin C. Cobb | |
| FIRM <br> KRIEZELMAN BURTON & ASSOCIATES, LLC | |
| STREET ADDRESS <br> 20 NORTH CLARK STREET, SUITE 725 | |
| CITY/STATE/ZIP <br> CHICAGO, ILLINOIS 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6289242 | TELEPHONE NUMBER <br> (312) 332-2550 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐