## United States District Court for the Northern District of Illinois

Case Number: 08cv653

Assigned/Issued By: j. n.

Judge Name: KENNELLY

Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

Amount Due:  ☑ $350.00    ☐ $39.00    ☐ $5.00
             ☐ IFP        ☐ No Fee    ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2501913

Date Payment Rec'd: 1-30-08                Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__5__ Original and __0__ copies on __1-30-08__ as to __ALL DEFENDANTS__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm      03/14/05