UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAHMOUD ALKAHALA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>RUTH DOROCHOFF, District Director, )<br>Chicago District Office. U.S. Citizenship & )<br>Immigration Services, and ROBERT )<br>MUELLER, Director, Federal Bureau of )<br>Investigation, and MICHAEL CHERTOFF, )<br>Secretary, Department of Homeland Security, )<br>)<br>Defendant. ) | No. 08 C 653<br><br>Judge Kennelly |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b). Please also take note that Assistant United States Attorney Sheila McNulty hereby withdraws her designation in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Jack Donatelli
    JACK DONATELLI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    Jack.donatelli@usdoj.gov